George B. Piggott (SBN 68227)
a member of GEORGE B. PIGGOTT,
A PROFESSIONAL CORPORATION
2603 Main Street, Penthouse
Irvine, California 92614-6232
Tel: (949) 261-0500
Fax: (949) 261-1085
gbpapc@aol.com

*Attorney for Plaintiff Canon Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CANON INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18-cv-01671-CJC |
| | ) | |
| vs. | ) | **PLAINTIFF CANON INC.'S *EX*** |
| | ) | ***PARTE* APPLICATION FOR AN** |
| OURWAY US INC.; KINGWAY IMAGE CO., | ) | **ORDER AUTHORIZING** |
| LTD.; OURWAY IMAGE TECH. CO., LTD.; | ) | **SERVICE OF PROCESS ON** |
| OURWAY IMAGE CO., LTD.; and ZHUHAI | ) | **DEFENDANT OURWAY US INC.** |
| AOWEI ELECTRONICS CO., LTD., | ) | **THROUGH THE CALIFORNIA** |
| | ) | **SECRETARY OF STATE AND** |
| Defendants. | ) | **FOR AN EXTENSION OF TIME** |
| | ) | **TO EFFECT SERVICE** |
| | ) | |

Plaintiff Canon Inc. ("Canon") applies for (i) an order authorizing that process may be

served on Defendant Ourway US Inc. ("Ourway US") through the California Secretary of State

in accordance with California Corporation Code § 1702, and (ii) an extension of time to effect

service under Fed. R. Civ. P. 4(m). This application is supported by the Declarations of Andrew

Kutas and George B. Piggott submitted herewith and the exhibits attached thereto. A proposed

*ex parte* order is also lodged herewith in accordance with Local Rule 7-19.

## **Background**

Canon filed its Complaint on February 28, 2018, naming Ourway US as a defendant.

Doc. 1. On March 15, the Clerk of Court issued the operative summons to Ourway US

(Doc. 18), at which point Canon began its attempts to serve Ourway US. The Court stayed this

case on April 24 but permitted service of process to proceed during the stay. Doc. 24 at 2.

Ourway US is a corporation registered with the California Secretary of State.  Kutas Decl. Ex. 1.  Its status is listed as "active."  *Id.*  On March 1, 2017, Ourway US filed a Statement of Information indicating the following information:

- Its principal executive office and principal place of business are located at 17800 Castleton St., Ste. 412, City of Industry, CA 91748.

- Its CEO, CFO, Secretary, and agent for service of process are an individual named Congfa Tao, whose address is the same as the above, including for service of process.

- Its only listed Director, and the only person identified in the Statement of Information besides Mr. Tao, is an individual named Jie Zhou, whose address is also the same as the above.

Kutas Decl. Ex. 2, items 4, 5, 7-10, 14, and 15.  On February 14, 2018—two weeks before the Complaint was filed—Ourway US submitted another Statement of Information representing that "there has been no change in any of the information contained in the last Statement of Information … ."  Kutas Decl. Ex. 3, item 3.  The above information relating to service of process is also listed on the Secretary of State web page for Ourway US.  Kutas Decl. Ex. 1.

## Canon's Attempts to Serve Ourway US

Canon first attempted to serve process on Ourway US's designated agent.  On March 23, 2018, process server Rigo Tellez went to the address for service that Ourway US identified in its Statement of Information, but he found it to be vacant.  Kutas Decl. Ex. 4.  Mr. Tellez spoke with the next-door neighbor, who advised that Ourway US had moved out five months prior (*id.*)— that is, in late 2017, months *before* Ourway US had filed its 2018 Statement of Information certifying that the registered address on file with the Secretary of State was correct.

Canon then retained an investigator to try to locate another address for Ourway US or its designated agent Mr. Tao.  Kutas Decl. ¶ 9.  On March 30, 2018, Canon's investigator indicated that despite examining California corporation records and performing a worldwide search in D&B's database, no other US location for Ourway corporate entities was found.  *Id.* ¶ 10.  As for Mr. Tao, no phone numbers were found for him, but he was linked to two addresses in Rowland

*Ex Parte* Application for Service Through
Secretary of State and for Extension of Time

Heights: 2023 Bolanos Avenue (the "Bolanos Avenue address") and 18757 Colima Road #G20 (the "Colima Road address"). *Id.* ¶¶ 11-12.  The investigator noted that the Bolanos Avenue address currently is the home of an individual named Jeffery Ang. *Id.* ¶ 13.

Canon next attempted service at the Bolanos Avenue address.  On April 7, 2018, the server encountered Mr. Ang and provided him with the service documents.  Kutas Decl. ¶ 14 & Ex. 4.  However, after receiving the documents, Mr. Ang reached out to Canon's counsel and stated that he was not affiliated with Ourway US.  *Id.* ¶¶ 15-16.  Still, Mr. Ang did provide information regarding Ourway US.  During a telephone conversation with Canon's counsel on April 16, Mr. Ang indicated that Ourway US's designated agent, Mr. Tao, is a Chinese national and sales director of Ourway in China, who would only travel to the United States on business trips.  *Id.* ¶ 16.  Mr. Ang also identified an individual named Frank Zhao, whom he identified as the owner of Ourway US and knew to be a business partner for another company involved with toner cartridges.  *Id.*  Mr. Ang stated that Mr. Zhao also is mostly in China and does not come to the United States often.  *Id* ¶ 17.

Canon thereafter attempted service at the Colima Road address.  On May 24, 2018, the server found that address to be vacant.  Kutas Decl. Ex. 5.  The server further indicated that the Colima Road address used to be for "E Tong Express P.O. Box Rentals."  *Id.*

Finally, Canon attempted service at an address in Walnut.  It was listed as Ourway US's corporation business address and address for service of process in its Articles of Incorporation dated October 14, 2015.  Kutas Decl. Ex. 7.  However, on May 25, 2018, the server found that it was a mailbox center called "Mail and More," which did not have a listing for Ourway US or for Mr. Tao.  *Id.* Ex. 5.

### <u>Applicable Law</u>

The Federal Rules of Civil Procedure govern service of process on a corporation.  *See* Fed. R. Civ. P. 4(h).  Specifically, the Federal Rules provide for service on the corporation (in a U.S. judicial district) either by delivering a copy of the summons and complaint to an officer, managing or general agent, or agent authorized to accept service, or by following the rules for

*Ex Parte* Application for Service Through
Secretary of State and for Extension of Time

1  serving an individual.  Fed. R. Civ. P. 4(h)(1).  In turn, and as relevant here, the Federal Rules

2  for service of an individual permit "following state law for serving a summons in an action

3  brought in courts of general jurisdiction in the state where the district court is located or where

4  service is made."  Fed. R. Civ. P. 4(e)(1).

5         Under California law, a corporation may be served through the following categories of

6  individuals: "(1) a designated agent for service of process, (2) enumerated officers and other

7  authorized agents of the corporation,[1] (3) a cashier or assistant cashier of a banking corporation,

8  and (4) where the party attempting service cannot with reasonable diligence serve an individual

9  in any other category, the Secretary of State as provided by Corporations Code Section 1702."

10  *Gibble v. Car-Lene Research, Inc.*, 67 Cal. App. 4th 295, 303 (1998) (citing Cal. Civ. Proc. Code

11  § 416.10).  That is, "the court may make an order that the service be made upon the corporation

12  by delivering by hand to the Secretary of State, or to any person employed in the Secretary of

13  State's office in the capacity of assistant or deputy, one copy of the process for each defendant to

14  be served, together with a copy of the order authorizing such service."  Cal. Corp. Code.

15  § 1702(a).  However, before resorting to service on the Secretary of State, "a plaintiff must

16  demonstrate that the corporation cannot be served with the exercise of due diligence in any other

17  manner provided by law."  *Durant v. Jones Fire Prot., Inc.*, No. 16cv2243-GPC(NLS), 2016

18  U.S. Dist. LEXIS 173785, at *4 (S.D. Cal. Dec. 15, 2016).  Service of process on the Secretary

19  of State is deemed complete on the tenth day after delivery thereto.  Cal. Corp. Code § 1702(a).

20  **<u>Ourway US Cannot with Reasonable Diligence Be Served Except via the Secretary of State</u>**

21         Canon has exercised reasonable diligence in attempting to serve Ourway US.  Its server

22  attempted service at four addresses, looking for Ourway US's only known executive and

23  designated agent, as well as other individuals who might possibly be authorized to accept

24

25  _____

26  [1]  "The president or other head of the corporation, a vice president, a secretary or assistant

27  secretary, a treasurer or assistant treasurer, a general manager, or a person authorized by the

28  corporation to receive service of process."  Cal. Civ. Proc. Code § 416.10(b).

E*x Parte* Application for Service Through
Secretary of State and for Extension of Time

service.  Despite these efforts, Canon was not able to serve Ourway US under the other methods prescribed by the Federal Rules and California law.

Designated Agent.  Canon was not able to locate Ourway US's designated agent, Mr. Tao.  Canon's server first looked at the address Ourway US specifically designated with the Secretary of State, but it was vacant.  Ourway US had apparently moved months prior, in late 2017, even though its subsequent 2018 filing with the Secretary of State certified that this address was correct.  Neither was Mr. Tao found at (i) the address listed in Ourway US's Articles of Incorporation, which was a mailbox center without a listing for him or Ourway US; (ii) the address listed for another company for which he is CEO and designated agent, which was vacant and formerly a P.O. box facility; or (iii) the address of a residence linked to him by Canon's investigator.  Indeed, the resident of the last address, Mr. Ang, indicated that Mr. Tao is a Chinese national who would only travel to the United States for business, which aligns with the dearth of personal information turned up by Canon's investigator.  Thus, Mr. Tao could not be found and served with reasonable diligence.

Other Head of Corporation, Officer, or Agent.  Canon was not able to locate any other officer or agent who could accept service.  As noted above, Mr. Tao is Ourway US's designated agent, CEO, CFO, and Secretary.  Its (purportedly) current corporate filing lists only one other individual, Jie Zhou, as a "Director."  But this individual was not found at any of the four addresses that Canon's server attempted, so the server had no occasion even to ask whether Jie Zhou was an officer of Ourway US or otherwise authorized to accept service.  And the only other person identified as a potential head of the corporation was Frank Zhao, but Mr. Zhao's former business partner, Mr. Ang, indicated that he too is based in China and rarely travels to the United States.  Finally, as to any other agent or person who could accept service, as noted above, two of the addresses Canon attempted turned up vacant, the third was a mailbox center, and the fourth was a home whose resident (Mr. Ang) disclaimed having any affiliation with Ourway US.

Accordingly, Canon has exercised due diligence in attempting to serve Ourway US by means other than through the Secretary of State, but it has been unable to do so.

*Ex Parte* Application for Service Through Secretary of State and for Extension of Time

**<u>Request for Extension of Time to Serve Ourway US</u>**

Under Fed. R. Civ. P. 4(m), if a plaintiff fails to serve a domestic defendant within 90 days of filing the complaint, the plaintiff may move for an extension of time to effect service for good cause shown.  In this case, the 90-day period for service expires on May 29, 2018.  Further, as noted above, service on the Secretary of State becomes effective ten days after the documents are delivered.  To the extent that the Court deems a motion for extension of time appropriate under the present circumstances, Canon submits that for all of the reasons explained above regarding its reasonable diligence in attempting to serve Ourway US, there is good cause for extending the time for service to enable Canon to effect service on the Secretary of State, and respectfully requests that the Court grant the extension.  If the Court grants Canon's *ex parte* application, Canon will promptly serve the Secretary of State.

**<u>Local Rule 7-19 Statement</u>**

No counsel for Ourway US has appeared, nor is Canon otherwise aware of any counsel for Ourway US.  Piggott Decl. ¶ 2.  And, as explained above, due to an apparently false filing with the California Secretary of State, and despite its reasonable efforts, Canon has not been able to find a location for or representative of Ourway US.  Therefore, this application is made on an *ex parte* basis.

///

///

*Ex Parte* Application for Service Through
Secretary of State and for Extension of Time

<u>**Conclusion**</u>

For the foregoing reasons, Canon respectfully requests an *ex parte* order authorizing that it may effect service of process on Ourway US through the California Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, in accordance with California Corporation Code § 1702.  Canon also respectfully requests an extension of time to enable Canon to effect service using this method.

Respectfully submitted,


Dated: May 29, 2018

*/s/ George B. Piggott*
George B. Piggott (SBN 68227)
a member of GEORGE B. PIGGOTT,
A PROFESSIONAL CORPORATION
2603 Main Street, Penthouse
Irvine, California 92614-6232
Tel: (949) 261-0500 | Fax: (949) 261-1085
gbpapc@aol.com

Of Counsel:

Michael P. Sandonato
Dennis J. McMahon
Seth E. Boeshore
Andrew J. Kutas
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100 | Fax: (212) 218-2200
msandonato@fchs.com
dmcmahon@fchs.com
sboeshore@fchs.com
akutas@fchs.com


Edmund J. Haughey
FITZPATRICK, CELLA, HARPER & SCINTO
975 F Street, NW
Washington, DC  20004-1462
Tel: (202) 530-1010 | Fax: (202) 530-1055
ehaughey@fchs.com

*Attorneys for Plaintiff Canon Inc.*

FCHS_WS 14371855v1.doc

7

*Ex Parte* Application for Service Through
Secretary of State and for Extension of Time